UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| BRUCE GATES<br>on behalf of himself and those similarly situated,<br><br>                Plaintiffs,<br><br>v.<br><br>TF FINAL MILE, LLC<br>a Foreign Limited Liability Company formerly known as<br>Dynamex Operations East, LLC,<br><br>                Defendant. | CIVIL ACTION FILE<br><br>NO. 1:16-cv-00341-RWS |

## J U D G M E N T

This action having come before the court, Richard W. Story, United States District Judge, for consideration of the defendant's motion to dismiss and compel arbitration and the court having granted same, it is

**Ordered and Adjudged** that the action be DISMISSED.

Dated at Atlanta, Georgia this 29th day of November, 2016.

                                            JAMES N. HATTEN
                                            DISTRICT COURT EXECUTIVE
                                            and CLERK OF COURT


                                    By:  s/*Barbara D. Boyle*
                                           Deputy Clerk

Prepared, filed, and entered
in the Clerk's Office
   November 29, 2016
James N. Hatten
Clerk of Court

By: B. D. Boyle
      Deputy Clerk